UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TAMMY KISTNER, NONA BROWN, JESSICA
SAYMAN, TARESSA HARRISON, CHRISTINA
MASON-BELL, ANTOINETTE TRIVONE and         3:17-CV-00270(FJS-DEP)
DIANA DEJESUS on behalf of themselves and
all other employees similarly situated

                                        Plaintiffs,         **STIPULATION OF**
-against-                                                                                **DISCONTINUANCE**

BMT HOSPITALITY LLC (d/b/a Holiday Inn
Express); TMB LLC (d/b/a Candlewood Suites);
and THOMAS BEDOSKY, Individually

                                        Defendants.
---------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued as to defendants, without costs to either party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: March 27, 2018                                    Dated: March 27, 2018

_Tamara M. Harbold_                                      _Stan Matusz_
Tamara M. Harbold, Esq.                                  Stan Matusz, Esq.
McCABE, COLLINS, McGEOUGH,                               Attorneys for Plaintiffs
FOWLER, LEVINE & NOGAN, LLP                              29 Murfield D.
Attorneys for Defendants                                 Ithaca, New York 14850
4250 Southwestern Boulevard
Suite 2
Hamburg, New York 14075

                                             **IT IS SO ORDERED:**

                                             ~~Hon. David E. Peebles~~ **Frederick J. Scullin, Jr.**
                                             ~~U.S. Magistrate Judge~~ **Senior U.S. District Judge**

                                             Dated:  **March 28, 2018**